IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**CHARLIE LAWRENCE, III,**

**Defendant.**                                                                 **No. 10-30062-DRH**

## ORDER

**HERNDON, Chief Judge:**

      Before the Court is Defendant Charlie Lawrence, III's Second Motion to Continue (Doc. 40). Specifically, Defendant seeks to continue the trial currently scheduled for November 29, 2010 for at least forty-five days as Defendant's attorney needs to travel to Chicago in order to confer with Defendant about the matters of this case and to review discovery with Defendant. The Government does not object to the motion. The Court, being fully advised in the premises, finds that the trial should be continued in order to allow Defendant additional time in which to discuss the case with his counsel and review video. The Court finds that pursuant to **18 U.S.C. § 3161(h)(7)(A)**, the ends of justice served by the granting of such a continuance outweigh the best interests of the public and Defendant in a speedy trial. To force a Defendant to trial without adequate time to prepare and review discovery would constitute a miscarriage of justice.

      Accordingly, the Court **GRANTS** Defendant's Second Motion to Continue

(Doc. 40).  The Court **CONTINUES** the trial currently set for November 29, 2010 until **January 24, 2011 at 9:00 a.m.**  The time from the date the motion was filed, November 10, 2010, until the date on which the trial was rescheduled, January 24, 2011, is excludable for purposes of a speedy trial.

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 12th day of November, 2010.

David R. Herndon
2010.11.12
16:54:07 -06'00'

**Chief Judge**
**United States District Court**